**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CALUMET SHREVEPORT REFINING, LLC<br><br>VERSUS<br><br>LEE ZELDIN,[1] in his official capacity as Administrator of the United States Environmental Protection Agency. | CIVIL ACTION NO. 24-0890<br><br>JUDGE S. MAURICE HICKS, JR.<br><br>MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Plaintiff Calumet Shreveport Refining, LLC ("Calumet") filed a Complaint raising two claims against Defendant, the Administrator of the U.S. Environmental Protection Agency, in his official capacity ("EPA"). On January 7, 2025, this Court entered a Memorandum Ruling and Order (Record Documents 40 & 41) granting summary judgment to Calumet on Claim 1 and to EPA on Claim 2. Because no issues remain to be resolved in this case, the Court enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Calumet's Motion for Summary Judgment (Record Document 20) is **GRANTED**. EPA is ordered to decide Calumet's 2023 hardship petition by January 22, 2025.

---

[1] Substituted as Defendant under Federal Rule of Civil Procedure 25(d).

**IT IS FURTHER ORDERED** that EPA's Cross-Motion for Summary Judgment (Record Document 29) is **GRANTED IN PART AND DENIED IN PART**. The Cross-Motion is **GRANTED** with respect to Calumet's second cause of action under 5 U.S.C. § 706(1). The Cross-Motion is **DENIED** as to the EPA's requested deadline.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 27th day of February, 2025.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT